# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| MICHAEL BARNES, | ) |
|       Petitioner, | ) |
| v. | )   No.  2:11-cr-00100-GZS-1 |
| UNITED STATES OF AMERICA | )             2:17-cv-00435-GZS |
|       Respondent. | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 206) filed March 22, 2018, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that:

1. Petitioner's Motion for habeas relief (ECF No. 194) is **DENIED.**

2. It is hereby **ORDERED** that a certificate of appealability pursuant to Rule 11 of the Rules Governing Section 2255 cases is **DENIED** because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. §2253(c)(2).

                                                /s/ George Z. Singal
                                                United States District Judge

Dated this 17th day of April, 2018.